Schnapp v Miller's Launch, Inc. (2018 NY Slip Op 02831)

Schnapp v Miller's Launch, Inc.

2018 NY Slip Op 02831 [31 NY3d 1001]

April 26, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, June 13, 2018

[*1]

Wayne Schnapp, Respondent,
v
Miller's Launch, Inc., Appellant.

Decided April 26, 2018

Schnapp v Miller's Launch, Inc., 150 AD3d 32, affirmed.

APPEARANCES OF COUNSEL

Rubin, Fiorella & Friedman LLP, New York City (Michael E. Stern and James E. Mercante of counsel), for appellant.
Hofmann & Schweitzer, New York City (Paul T. Hofmann of counsel), for respondent.

{**31 NY3d at 1002} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. Triable issues of fact exist as to whether defendant Miller's Launch, Inc. breached a duty of care it owed to plaintiff Wayne Schnapp pursuant to the Longshore and Harbor Workers' Compensation Act (33 USC § 905 [b]).
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson. Taking no part: Judge Feinman.